# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| MICHAEL PAUL PUZEY, | No. CV 18-05919-JFW (DFM) |
| Petitioner, | |
| v. | JUDGMENT |
| WARDEN SHINN, United States Penitentiary Victorville, | |
| Respondent. | |

Pursuant to the Memorandum and Order Dismissing Petition,

IT IS ADJUDGED that this action is dismissed without prejudice.

Dated: October 16, 2018

JOHN F. WALTER
United States District Judge